# Exhibit 3



# FLORIDA DEPARTMENT of STATE

**RON DESANTIS**
Governor

**CORD BYRD**
Secretary of State

April 12, 2023

Via U.S. Mail and Email

Brennan Center for Justice at NYU
School of Law
120 Broadway, Suite 1750
New York, NY 10271
berryp@brennan.law.nyu.edu

Re:    Florida's Compliance with the National Voter Registration Act

Dear Mr. Patrick Berry:

    The Florida Department of State wishes to inform you that it is reviewing your proposed recommendations to the Florida Voter Registration Application. The Florida Voter Registration Application is promulgated by the Division of Elections, under the Florida Department of State, pursuant to Florida Administrative Code Rule 1S-2.040. Rule 1S-2.040 is currently open, and the Division is reviewing your proposals, along with others, to amend the Florida Voter Registration Application.

    Under Florida law, rulemaking is a statutorily proscribed process that is subject to public participation. *See generally* §120.53, Fla. Stat. As this process unfolds, we invite you to participate, along with other members of the public, to better facilitate the Division's review of the Florida Voter Registration Application.

    Please contact my office for further information.

Sincerely,

Joseph S. Van de Bogart
General Counsel

cc: Sean Morales-Doyle
    morales-doyles@brennan.law.nyu.edu