IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CORD BYRD, in his official capacity as Florida Secretary of State, <br><br> *Defendant*. | Case No. 4:23-cv-165-AW-MAF |

## **PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Plaintiffs League of Women Voters of Florida, Inc. and League of Women Voters of Florida Education Fund, Inc. (collectively, the League) and Florida State Conference of Branches and Youth Units of the NAACP (Florida NAACP) submit the following statement of their corporate interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. Plaintiff the League has no parent corporation or any other publicly held corporation that owns 10% or more of its stock. The League is an affiliate of the national League of Women Voters.

2. Plaintiff Florida NAACP has no parent corporation or any other publicly held corporation that owns 10% or more of its stock. Florida NAACP is a state conference of branches of the national NAACP.

1

Respectfully submitted this 26th day of April, 2023,

/s/ Nicholas L.V. Warren

Caroline A. McNamara (FBN 1038312)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida, Inc.**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org

Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida. Inc.**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Andrew Frackman*
William Pollak*
Colleen Powers*
Kevin Koai*
**O'Melveny & Myers LLP**
7 Times Square
New York, NY 10036
(212) 326-2000
afrackman@omm.com
wpollak@omm.com
cpowers@omm.com
kkoai@omm.com

Brian P. Quinn*
Patrick Jones*
Emily Murphy*
**O'Melveny & Myers LLP**
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300

Eliza Sweren-Becker*
Patrick A. Berry*
Sara D. Carter*
Sean Morales-Doyle*
**Brennan Center for Justice
at NYU School of Law**
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8301
morales-doyles@brennan.law.nyu.edu
sweren-beckere@brennan.law.nyu.edu
berryp@brennan.law.nyu.edu
carters@brennan.law.nyu.edu

Leah C. Aden*
John S. Cusick*
Victor Genecin*
**NAACP Legal Defense and
Educational Fund, Inc.**
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
laden@naacpldf.org
jcusick@naacpldf.org
vgenecin@naacpldf.org

Julie A. Ebenstein (FBN 91033)
Jonathan Topaz*
Casey Smith*
Sophia Lin Lakin*
**American Civil Liberties Union, Inc.**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
jebenstein@aclu.org
jtopaz@aclu.org

bquinn@omm.com
pjones@omm.com
emurphy@omm.com

csmith@aclu.org
slakin@aclu.org

*Pro hac vice applications forthcoming*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 26, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/
*Counsel for Plaintiffs*

Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida. Inc.**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org