IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, INC.; LEAGUE OF WOMEN VOTERS OF FLORIDA EDUCATION FUND, INC.; and FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP,<br><br>    *Plaintiffs*,<br><br>v.<br><br>CORD BYRD, in his official capacity as Florida Secretary of State,<br><br>    *Defendant*. | Case No. 4:23-cv-165 |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1(C), Plaintiffs, League of Women Voters of Florida, Inc. and League of Women Voters of Florida Education Fund, Inc. ("the League") and Florida State Conference of Branches and Youth Units of the NAACP ("Florida NAACP"), through the undersigned counsel, respectfully move for the admission *pro hac vice* of Brian Quinn, a licensed member of the District of Columbia Bar. Mr. Quinn has undertaken the representation of Plaintiffs in this matter as co-counsel. In support of this motion, Plaintiffs state as follows:

1. Mr. Quinn resides in Virginia, is not a resident of the State of Florida, and is not admitted to practice in the Northern District of Florida.

2. Mr. Quinn is counsel with the law firm of O'Melveny & Myers LLP, 1625

Eye St., N.W., Washington, D.C. 20006 and regularly practices law in Washington, D.C.

3. Mr. Quinn is admitted to and is an active member in good standing of the bars of the jurisdictions identified in attached **Exhibit A** and a current Certificate of Good Standing from the DC Bar is attached as **Exhibit B**.

4. Mr. Quinn has complied with the requirements of Local Rule 11.1(E) by completing the Attorney Admission Tutorial and exam and the CM/ECF online tutorials on April 12, 2023. His confirmation number is FLND1681326434363.

5. Mr. Quinn studied and is familiar with the Local Rules of this District.

6. Mr. Quinn has an active, upgraded PACER account. He requests authorization to receive electronic notices of filing. His email address is bquinn@omm.com.

7. Mr. Quinn will pay the required $208.00 *pro hac vice* fee for this case at the time of filing.

**WHEREFORE**, Plaintiffs respectfully request that the Court permit Brian Quinn to appear *pro hac vice*.

Respectfully submitted,

*/s/ Brian P. Quinn*
Brian P. Quinn
O'Melveny & Myers LLP
1625 Eye St. N.W.

Washington, DC 20006
bquinn@omm.com
Phone: (202) 383-5300
Fax: (202) 383-5414

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 26, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

> */s/ Brian P. Quinn*
> Brian P. Quinn
> O'Melveny & Myers LLP
> 1625 Eye St. N.W.
> Washington, DC 20006
> bquinn@omm.com
> Phone: (202) 383-5300
> Fax: (202) 383-5414