# EXHIBIT A

## Courts of Admission – Brian P. Quinn

| Court | Date of Admission | Bar Number |
|---|---|---|
| Virginia | 2016 | 90997 |
| Washington, D.C. | 2017 | 1048323 |
| US Court of Appeals, Fourth Circuit | 3/5/2018 | |
| US Court of Appeals, Fifth Circuit | 1/14/2021 | |
| US Court of Appeals, Seventh Circuit | 8/3/2018 | |
| US Court of Appeals, Ninth Circuit | 4/12/2018 | |
| US Court of Appeals, Eleventh Circuit | 3/5/2018 | |
| US District Court, Colorado | 6/3/2020 | |
| US District Court, Utah | 10/11/2022 | |
| US District Court, Virginia Eastern | 1/6/2017 | |
| US District Court, Virginia Western | 5/14/2017 | |