# EXHIBIT A

## Courts of Admission - Emily Murphy

| Court | Date of Admission | Bar Number |
|---|---|---|
| Washington, D.C. | 12/16/2021 | 1779997 |
| US District Court, California Central | 3/9/2023 | |
| US District Court, New York Northern | 8/29/2022 | |