# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
### Tallahassee Division

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, INC.; LEAGUE OF WOMEN VOTERS OF FLORIDA EDUCATION FUND, INC.; and FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP,<br><br>*Plaintiffs*,<br><br>v.<br><br>CORD BYRD, in his official capacity as Florida Secretary of State,<br><br>*Defendant*. | Case No. 4:23-cv-165 |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1(C), Plaintiffs, League of Women Voters of Florida, Inc. and League of Women Voters of Florida Education Fund, Inc. ("the League") and Florida State Conference of Branches and Youth Units of the NAACP ("Florida NAACP"), through the undersigned counsel, respectfully move for the admission *pro hac vice* of Colleen Powers, a licensed member of the Bar of the State of New York. Ms. Powers has undertaken the representation of Plaintiffs in this matter as co-counsel. In support of this motion, Plaintiffs state as follows:

1. Ms. Powers resides in New York, is not a resident of the State of Florida, and is not admitted to practice in the Northern District of Florida.

2. Ms. Powers is counsel with the law firm of O'Melveny & Myers LLP, 7 Times Square New York, N.Y. 10036 and regularly practices law in New York, N.Y.

3. Ms. Powers is admitted to and is an active member in good standing of the bars of the jurisdictions identified in attached **Exhibit A** and a current Certificate of Good Standing from the Bar of the State of New York is attached as **Exhibit B**.

4. Ms. Powers has complied with the requirements of Local Rule 11.1(E) by completing the Attorney Admission Tutorial and exam and the CM/ECF online tutorials on April 14, 2023. Her confirmation number is FLND1681486884377.

5. Ms. Powers studied and is familiar with the Local Rules of this District.

6. Ms. Powers has an active, upgraded PACER account. She requests authorization to receive electronic notices of filing. Her email address is a cpowers@omm.com.

7. Ms. Powers will pay the required $208.00 *pro hac vice* fee for this case at the time of filing.

**WHEREFORE**, Plaintiffs respectfully request that the Court permit Colleen Powers to appear *pro hac vice*.

Respectfully submitted,

*/s/ Colleen Powers*
Colleen Powers
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
cpowers@omm.com
Phone: (212) 326-2000
Fax: (212) 326-2061

*Counsel for Plaintiffs*

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 26, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

>	*/s/ Colleen Powers*
>	Colleen Powers
>	O'Melveny & Myers LLP
>	7 Times Square
>	New York, NY 10036
>	cpowers@omm.com
>	Phone: (212) 326-2000
>	Fax: (212) 326-2061