# EXHIBIT A

## Court Admissions - Colleen Powers

| Court | Date of Admission | Bar Number |
|---|---|---|
| New Jersey | 2018 | 211782018 |
| New York | 2017 | 5532320 |
| US Court of Appeals, Second Circuit | 1/31/2020 | |
| US District Court, New Jersey | 7/6/2020 | |
| US District Court, New York Northern | 6/29/2021 | |
| US District Court, New York Southern | 6/29/2021 | |
| US District Court, Utah | 3/4/2022 | |