# EXHIBIT A

## Court Admissions - Patrick Jones

| Court | Date of Admission | Bar Number |
|---|---|---|
| New York | 2019 | 5701495 |
| Washington, D.C. | 2020 | 1672305 |
| US District Court, Northern District New York | 6/8/2022 | |
| US District Court, Utah | 2/10/2023 | |