AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-165-AW-MAF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Cord Byrd, Secretary of State
was received by me on *(date)* 4/27/23.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jon Franklin Morris, Asst GEN counsel who is designated by law to accept service of process on behalf of *(name of organization)* Cord Byrd, Secretary of State on *(date)* 4/27/23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ —  for travel and $ 0.00  for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/27/23

*Server's signature*

Joseph Dye, Redistricting Intern
*Printed name and title*

336 E College Ave; Suite 203, Tallahassee FL, 32301
*Server's address*

Additional information regarding attempted service, etc: