# EXHIBIT A

### COURT ADMISSIONS – WILLIAM POLLAK

| Court | Date of Admission | Bar Number |
|---|---|---|
| California | 2013 | 293654 |
| New York | 2009 | 4737037 |
| US Court of Appeals, Second Circuit | 5/20/2013 | |
| US District Court, California Northern | 12/3/2013 | |