IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, INC.; LEAGUE OF WOMEN VOTERS OF FLORIDA EDUCATION FUND, INC.; and FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, <br><br> *Plaintiffs*, <br><br> v. <br><br> CORD BYRD, in his official capacity as Florida Secretary of State, <br><br> *Defendant*. | Case No. 4:23-cv-00165-AW-MAF |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1(C), Plaintiffs Florida State Conference of Branches and Youth Units of the NAACP (Florida NAACP) and the League of Women Voters of Florida, through the undersigned counsel, respectfully move for the admission *pro hac vice* of Leah C. Aden, a licensed member of the New York Bar. Ms. Aden has undertaken the representation of Plaintiffs in this matter as co-counsel. In support of this motion, Plaintiffs state as follows:

1. Leah C. Aden resides in New York, is not a resident of the State of Florida, and is not admitted to practice in the Northern District of Florida.

1

2.	Ms. Aden is licensed to practice law in New York and is a member in good standing of the New York Bar, as verified by the Attorney Admissions Clerk.

3.	Ms. Aden is not, nor has she ever been, the subject of disciplinary or criminal proceedings.

4.	Ms. Aden is counsel at the NAACP Legal Defense & Educational Fund, Inc., located at 40 Rector St., 5th Floor, New York, New York 10006.

5.	Ms. Aden completed the online Attorney Admission Tutorial and exam and the online CM/ECF Tutorial. Her confirmation number is FLND1682527165447.

6.	Ms. Aden studied and is familiar with the Local Rules of this District.

7.	Ms. Aden has an active, upgraded PACER account. She requests authorization to receive electronic notices of filing. Her email address is laden@naacpldf.org.

8.	Ms. Aden is paying the required $208.00 *pro hac vice* fee for this case at the time of filing.

WHEREFORE, Plaintiffs respectfully request that the Court permit Leah Aden to appear *pro hac vice*.

Date: April 27, 2023

/s/ *Leah C. Aden*
Leah C. Aden (NY Bar No. 4555207)
NAACP LEGAL DEFENSE &
EDUCATIONAL FUD INC.
40 Rector St., 5th Floor
New York, NY 10006
Phone: (212) 965-2200
Fax: (212) 226-7592
laden@naacpldf.org

*Counsel for Plaintiffs Florida State Conference of Branches and Youth Units of the NAACP (Florida NAACP), League of Women Voters of Florida Education Fund, Inc., and the League of Women Voters of Florida, Inc.*

3

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 27, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

<u>/s/ *Leah C. Aden*</u>
Leah C. Aden (NY Bar No. 4555207)
NAACP LEGAL DEFENSE &
EDUCATIONAL FUD INC.
40 Rector St., 5th Floor
New York, NY 10006
Phone: (212) 965-2200
Fax: (212) 226-7592
laden@naacpldf.org

*Counsel for Plaintiffs Florida State Conference of Branches and Youth Units of the NAACP (Florida NAACP), League of Women Voters of Florida Education Fund, Inc., and the League of Women Voters of Florida, Inc.*