IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEAGUE OF WOMEN VOTERS OF
FLORIDA, INC.; LEAGUE OF WOMEN
VOTERS OF FLORIDA EDUCATION
FUND, INC.; and FLORIDA STATE
CONFERENCE OF BRANCHES AND
YOUTH UNITS OF THE NAACP,

    *Plaintiffs*,

v.

CORD BYRD, in his official capacity as
Florida Secretary of State,

    *Defendant*.
_____/

Case No. 4:23-cv-165

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1(C), Plaintiffs League of Women Voters of Florida, Inc., League of Women Voters of Florida Education Fund, Inc., and Florida State Conference of Branches and Youth Units of the NAACP, through the undersigned counsel, respectfully move for the admission *pro hac vice* of Patrick Berry, a licensed member of the New York Bar. Mr. Berry has undertaken the representation of Plaintiffs in this matter as co-counsel. In support of this motion, Plaintiffs state as follows:

    1.    Patrick Berry resides in New York, is not a resident of the State of Florida, and is not admitted to practice in the Northern District of Florida.

2.	Mr. Berry is licensed to practice law in New York and is a member in good standing of the New York Bar, as verified by the Attorney Admissions Clerk. A Certificate of Good Standing from the New York Bar is attached as **Exhibit A**.

3.	Mr. Berry is not, nor has he ever been, the subject of disciplinary or criminal proceedings.

4.	Mr. Berry is counsel at the Brennan Center for Justice at NYU School of Law, located at 120 Broadway, Suite 1750, New York, New York 10271.

5.	Mr. Berry completed the online Attorney Admission Tutorial and exam and the online CM/ECF Tutorial. His Attorney Admission Tutorial confirmation number is FLND1681327589364.

6.	Mr. Berry studied and is familiar with the Local Rules of this District.

7.	Mr. Berry has an active, upgraded PACER account. He requests authorization to receive electronic notices of filing. His email address is berryp@brennan.law.nyu.edu.

8.	Mr. Berry is paying the required $208.00 *pro hac vice* fee for this case at the time of filing.

WHEREFORE, Plaintiffs respectfully request that the Court permit Patrick A. Berry to appear *pro hac vice*.

Date:  April 27, 2023

                                                /s/ *Patrick Berry*
                                                Patrick Berry (NY Bar No. 5723135)

**Brennan Center for Justice
at NYU School of Law**
120 Broadway, Suite 1750
New York, NY 10271
berryp@brennan.law.nyu.edu
Phone: (646) 925-8754
Fax: (212) 463-7308

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 27, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

        /s/ *Patrick Berry*
Patrick Berry (NY Bar No. 5723135)
**Brennan Center for Justice**
**at NYU School of Law**
120 Broadway, Suite 1750
New York, NY 10271
berryp@brennan.law.nyu.edu
Phone: (646) 925-8754
Fax: (212) 463-7308