## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

League of Women Voters of Florida, Inc. and League of Women Voters of Florida Education Fund, Inc.; and Florida State Conference of Branches and Youth Units of the NAACP,

Plaintiffs,

v.

Cord Byrd, in his official capacity as Florida Secretary of State,

Defendant.

Case No. 4:23-cv-165

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1(C), Plaintiffs League of Women Voters of Florida, Inc., League of Women Voters of Florida Education Fund, Inc., and Florida State Conference of Branches and Youth Units of the NAACP, through the undersigned counsel, respectfully move for the admission *pro hac vice* of Sara Carter, a licensed member of the New York Bar. Ms. Carter has undertaken the representation of Plaintiffs in this matter as co-counsel. In support of this motion, Plaintiffs state as follows:

1.     Sara Carter resides in New York, is not a resident of the State of Florida, and is not admitted to practice in the Northern District of Florida.

2.     Ms. Carter is licensed to practice law in New York and is a member in good standing of the New York Bar, as verified by the Attorney Admissions Clerk. A Certificate of Good Standing from the New York Bar is attached as **Exhibit A**.

3.     Ms. Carter is not, nor has she ever been, the subject of disciplinary or criminal proceedings.

4.     Ms. Carter is an attorney at the Brennan Center for Justice at NYU School of Law, located at 120 Broadway, Suite 1750, New York, New York 10271.

5.     Ms. Carter completed the online Attorney Admission Tutorial and exam and the online CM/ECF Tutorial. Her Attorney Admission Tutorial confirmation number is FLND1681485331375.

6.     Ms. Carter studied and is familiar with the Local Rules of this District.

7.     Ms. Carter has an active, upgraded PACER account. She requests authorization to receive electronic notices of filing. Her email address is carters@brennan.law.nyu.edu.

8.     Ms. Carter is paying the required $208.00 *pro hac vice* fee for this case at the time of filing.

WHEREFORE, Plaintiffs respectfully request that the Court permit Sara Carter to appear *pro hac vice*.

2

Date:  April 27, 2023

/s/ *Sara D. Carter*

Sara Carter (NY Bar No. 5937560)
Brennan Center for Justice
at NYU School of Law
120 Broadway, Suite 1750
New York, NY 10271
carters@brennan.law.nyu.edu
Phone: (443) 845-1326
Fax: (212) 463-7308

*Counsel for Plaintiffs League of Women*
*Voters of Florida, Inc., League of Women*
*Voters of Florida Education Fund, Inc., and*
*Florida State Conference of Branches and*
*Youth Units of the NAACP*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on April 27, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ *Sara D. Carter*
Sara Carter (NY Bar No. 5937560)
**Brennan Center for Justice**
**at NYU School of Law**
120 Broadway, Suite 1750
New York, NY 10271
carters@brennan.law.nyu.edu
Phone: (443) 845-1326
Fax: (212) 463-7308

4