# EXHIBIT A

## Court Admissions - Kevin Koai

| Court | Date of Admission | Bar Number |
|---|---|---|
| New York | 2021 | 5845904 |
| US District Court, Utah | 3/4/2022 | |