IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, INC.; LEAGUE OF WOMEN VOTERS OF FLORIDA EDUCATION FUND, INC.; and FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP,<br><br>    *Plaintiffs*,<br><br>v.<br><br>CORD BYRD, in his official capacity as Florida Secretary of State,<br><br>    *Defendant*. | Case No. 4:23-cv-00165-AW-MAF |

## **MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 11.1(C), Plaintiffs Florida State Conference of Branches and Youth Units of the NAACP (Florida NAACP) and the League of Women Voters of Florida, through the undersigned counsel, respectfully move for the admission *pro hac vice* of Victor Genecin, a licensed member of the New York Bar. Mr. Genecin has undertaken the representation of Plaintiffs in this matter as co-counsel. In support of this motion, Plaintiffs state as follows:

1. Victor Genecin resides in New York, is not a resident of the State of Florida, and is not admitted to practice in the Northern District of Florida.

1

2. Mr. Genecin is licensed to practice law in New York and is a member in good standing of the New York Bar, as verified by the Attorney Admissions Clerk.

3. Mr. Genecin is not, nor has he ever been, the subject of disciplinary or criminal proceedings.

4. Mr. Genecin is counsel at the NAACP Legal Defense & Educational Fund, Inc., located at 40 Rector St., 5th Floor, New York, New York 10006.

5. Mr. Genecin completed the online Attorney Admission Tutorial and exam and the online CM/ECF Tutorial. His confirmation number is FLND1682095202416.

6. Mr. Genecin studied and is familiar with the Local Rules of this District.

7. Mr. Genecin has an active, upgraded PACER account. He requests authorization to receive electronic notices of filing. His email address is vgenecin@naacpldf.org.

8. Mr. Genecin is paying the required $208.00 *pro hac vice* fee for this case at the time of filing.

WHEREFORE, Plaintiffs respectfully request that the Court permit John S. Cusick to appear *pro hac vice*.

Date: April 28, 2023

/s/ *Victor Genecin*
Victor Genecin (NY Bar No. 1828094)
NAACP LEGAL DEFENSE &
EDUCATIONAL FUD INC.
40 Rector St., 5th Floor
New York, NY 10006
Phone: (212) 965-2200
Fax: (212) 226-7592
vgenecin@naacpldf.org

*Counsel for Plaintiffs Florida State Conference of Branches and Youth Units of the NAACP (Florida NAACP), League of Women Voters of Florida Education Fund, Inc., and the League of Women Voters of Florida, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 28, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

      /s/ *Victor Genecin*
Victor Genecin (NY Bar No. 1828094)
NAACP LEGAL DEFENSE &
EDUCATIONAL FUD INC.
40 Rector St., 5th Floor
New York, NY 10006
Phone: (212) 965-2200
Fax: (212) 226-7592
vgenecin@naacpldf.org

*Counsel for Plaintiffs Florida State Conference of Branches and Youth Units of the NAACP (Florida NAACP), League of Women Voters of Florida Education Fund, Inc., and the League of Women Voters of Florida, Inc.*