IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, INC.; LEAGUE OF WOMEN VOTERS OF FLORIDA EDUCATION FUND, INC.; and FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP,<br><br>  *Plaintiffs*,<br><br>v.<br><br>CORD BYRD, in his official capacity as Florida Secretary of State,<br><br>  *Defendant*. | Case No. 4:23-cv-165 |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1(C), Plaintiffs, League of Women Voters of Florida, Inc. and League of Women Voters of Florida Education Fund, Inc. ("the League") and Florida State Conference of Branches and Youth Units of the NAACP ("Florida NAACP"), through the undersigned counsel, respectfully move for the admission *pro hac vice* of Andrew Frackman, a licensed member of the Bar of the State of New York. Mr. Frackman has undertaken the representation of Plaintiffs in this matter as co-counsel. In support of this motion, Plaintiffs state as follows:

1. Mr. Frackman resides in New York, is not a resident of the State of Florida, and is not admitted to practice in the Northern District of Florida.

1

2. Mr. Frackman is a partner with the law firm of O'Melveny & Myers LLP, 7 Times Square New York, N.Y. 10036 and regularly practices law in New York, N.Y.

3. Mr. Frackman is admitted to and is an active member in good standing of the bars of the jurisdictions identified in attached **Exhibit A** and a current Certificate of Good Standing from the Bar of the State of New York is attached as **Exhibit B**.

4. Mr. Frackman has complied with the requirements of Local Rule 11.1(E) by completing the Attorney Admission Tutorial and exam and the CM/ECF online tutorials on April 14, 2023. His confirmation number is FLND1681487229378.

5. Mr. Frackman studied and is familiar with the Local Rules of this District.

6. Mr. Frackman has an active, upgraded PACER account. He requests authorization to receive electronic notices of filing. His email address is a afrackman@omm.com.

7. Mr. Frackman will pay the required $208.00 *pro hac vice* fee for this case at the time of filing.

**WHEREFORE**, Plaintiffs respectfully request that the Court permit Andrew Frackman to appear pro hac vice.

Respectfully submitted,

<u>*/s/ Andrew J. Frackman*</u>
Andrew J. Frackman
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
afrackman@omm.com
Phone: (212) 326-2000
Fax: (212) 326-2061

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on May 1, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

           */s/ Andrew J. Frackman*
           Andrew J. Frackman
           O'Melveny & Myers LLP
           7 Times Square
           New York, NY 10036
           afrackman@omm.com
           Phone: (212) 326-2000
           Fax: (212) 326-2061

           *Counsel for Plaintiffs*