# EXHIBIT A

## Court Admissions - Andrew Frackman

| Court | Date of Admission | Bar Number |
|---|---|---|
| New Jersey | 1989 | 035421988 |
| New York | 1982 | 1751288 |
| US Supreme Court | 9/18/1989 | |
| US Court of Appeals, Second Circuit | 5/13/1982 | |
| US Court of Appeals, Third Circuit | 11/16/1989 | |
| US Court of Appeals, Fourth Circuit | 3/19/1997 | |
| US Court of Appeals, Ninth Circuit | 1/1/2009 | |
| US District Court, New Jersey | 8/1/1989 | |
| US District Court, New York Eastern | 3/5/1982 | |
| US District Court, New York Northern | 8/24/2017 | |
| US District Court, New York Southern | 5/4/1982 | |
| US District Court, Utah | 3/4/2022 | |
| US Tax Court | 3/5/1990 | |