IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEAGUE OF WOMEN VOTERS OF FLORIDA, INC., LEAGUE OF WOMEN VOTERS OF FLORIDA EDUCATION FUND, INC., and FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE N.A.A.C.P.,**

    Plaintiffs,

vs.                                                                 Case No. 4:23cv165-AW-MAF

**CORD BYRD, in his official capacity as Florida Secretary of State,**

    Defendant.

_____/

## O R D E R

Numerous motions have been filed seeking leave to proceed *pro hac vice in this case.* The first motion was filed by attorney Brian P. Quinn, requesting leave to appear on behalf of the Plaintiffs. ECF No. 5. Counsel has demonstrated that he does not reside or regularly practice law in the State of Florida and is a member in good standing of the Bar of the District of Columbia. *Id.* Mr. Quinn has completed this Court's local rules tutorial, and the docket confirms that the $208 pro hac vice admission fee has been

paid.  *Id.*  The motion, ECF No. 5, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

The second motion was filed by attorney Emily Murphy, ECF No. 6, also seeking leave to appear *pro hac vice* as counsel for Plaintiffs.  The motion demonstrates that counsel does not reside or regularly practice law in the State of Florida and is a member in good standing of the Bar of the District of Columbia.  *Id.*  Counsel has completed this Court's local rules tutorial, and the docket confirms that the $208 pro hac vice admission fee has been paid.  *Id.*  The motion, ECF No. 6, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

The third motion was filed by attorney Colleen Powers, requesting leave to appear on behalf of the Plaintiffs.  ECF No. 7.  The motion demonstrates that counsel does not reside or regularly practice law in the State of Florida and is a member in good standing of the Bar of the State of New York.  *Id.*  Ms. Powers has completed this Court's local rules tutorial, and the docket confirms that the $208 pro hac vice admission fee has been paid.  *Id.*  The motion, ECF No. 7, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

A fourth motion was filed by attorney Patrick J. Jones, requesting leave to appear on behalf of the Plaintiffs. ECF No. 8. The motion demonstrates that counsel does not reside or regularly practice law in the State of Florida and is a member in good standing of the Bars of the State of New York and the District of Columbia. *Id.* Counsel has completed this Court's local rules tutorial, and the docket confirms that the $208 pro hac vice admission fee has been paid. *Id.* The motion, ECF No. 8, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Another motion for leave to appear *pro hac vice* as co-counsel for Plaintiffs was filed by attorney William D. Pollak. ECF No. 11. The motion demonstrates that counsel does not reside or regularly practice law in the State of Florida and is a member in good standing of the Bar of the State of New York. *Id.* Mr. Pollak has completed this Court's local rules tutorial, and the docket confirms that the $208 pro hac vice admission fee has been paid. *Id.* The motion, ECF No. 11, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

A sixth motion for leave to appear *pro hac vice* as co-counsel for Plaintiffs was filed by attorney Leah C. Aden. ECF No. 12. The motion demonstrates that counsel does not reside or regularly practice law in the

State of Florida and is a member in good standing of the Bar of the State of New York. *Id.* Ms. Aden has completed this Court's local rules tutorial, and the docket confirms that the $208 pro hac vice admission fee has been paid. *Id.* The motion, ECF No. 12, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

The seventh motion for leave to appear *pro hac vice* as co-counsel for Plaintiffs was filed by attorney John S. Cusick. ECF No. 13. The motion demonstrates that counsel does not reside or regularly practice law in the State of Florida and is a member in good standing of the Bar of the State of New York. *Id.* Mr. Cusick has completed this Court's local rules tutorial, and the docket confirms that the $208 pro hac vice admission fee has been paid. *Id.* The motion, ECF No. 13, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

An eighth motion for leave to appear *pro hac vice* as co-counsel for Plaintiffs was filed by attorney Patrick Berry. ECF No. 14. The motion demonstrates that counsel does not reside or regularly practice law in the State of Florida and is a member in good standing of the Bar of the State of New York. *Id.* Mr. Berry has completed this Court's local rules tutorial, and the docket confirms that the $208 pro hac vice admission fee has been

paid.  *Id.*  The motion, ECF No. 14, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

The ninth motion for leave to appear *pro hac vice* as co-counsel for Plaintiffs was filed by attorney Eliza Sweren-Becker.  ECF No. 15.  The motion demonstrates that counsel does not reside or regularly practice law in the State of Florida and is a member in good standing of the Bar of the State of New York.  *Id.*  Counsel has completed this Court's local rules tutorial, and the docket confirms that the $208 pro hac vice admission fee has been paid.  *Id.*  The motion, ECF No. 15, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

A tenth motion for leave to appear *pro hac vice* as co-counsel for Plaintiffs was filed by attorney Sara D. Carter.  ECF No. 16.  Ms. Carter does not reside or regularly practice law in the State of Florida and is a member in good standing of the Bar of the State of New York.  *Id.*  She has completed this Court's local rules tutorial, and the docket confirms that the $208 pro hac vice admission fee has been paid.  *Id.*  The motion, ECF No. 16, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Another motion for leave to appear *pro hac vice* as co-counsel for Plaintiffs was filed by attorney Kevin Koai.  ECF No. 17.  Counsel does not

reside or regularly practice law in the State of Florida and is a member in good standing of the Bar of the State of New York. *Id.* Mr. Koai has completed this Court's local rules tutorial, and the docket confirms that the $208 pro hac vice admission fee has been paid. *Id.* The motion, ECF No. 17, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

A twelfth motion for leave to appear *pro hac vice* as co-counsel for Plaintiffs was filed by attorney Victor Genecin. ECF No. 18. Counsel does not reside or regularly practice law in the State of Florida and is a member in good standing of the Bar of the State of New York. *Id.* He has completed this Court's local rules tutorial, and the docket confirms that the $208 pro hac vice admission fee has been paid. *Id.* The motion, ECF No. 18, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

The final motion  Another motion for leave to appear *pro hac vice* as co-counsel for Plaintiffs was filed by attorney Andrew J. Frackman. ECF No. 19. The motion demonstrates that counsel does not reside or regularly practice law in the State of Florida and is a member in good standing of the Bar of the State of New York. *Id.* Mr. Frackman has completed this Court's local rules tutorial, and the docket confirms that the $208 pro hac

vice admission fee has been paid. *Id.* The motion, ECF No. 19, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Accordingly, it is

**ORDERED:**

1. The motions for leave to appear *pro hac vice* as co-counsel for Plaintiffs, ECF Nos. 5-8, are **GRANTED**.

2. The motions for leave to appear *pro hac vice* as co-counsel for Plaintiffs, ECF Nos. 11-19, are **GRANTED**.

**DONE AND ORDERED** on May 2, 2023.

S/ Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**