IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEAGUE OF WOMEN VOTERS
OF FLORIDA, et al.,

    *Plaintiffs*,

    v.                                            Case No. 4:23-cv-165-AW/MAF

CORD BYRD, in his official capacity as
Florida Secretary of State,

    *Defendant*.

_____/

## NOTICE OF APPEARANCE

Bradley R. McVay gives notice of his appearance on behalf of CORD BYRD, in his official capacity as Florida Secretary of State, in the above-styled action, and requests that all papers filed in this case be served upon the undersigned.

Dated: May 18, 2023                      Respectfully submitted,

                                                        */s/ Bradley R. McVay*
                                                        BRADLEY R. MCVAY (FBN 79034)
                                                        *Deputy Secretary of State*
                                                        brad.mcvay@dos.myflorida.com
                                                        FLORIDA DEPARTMENT OF STATE
                                                        R.A. Gray Building, Suite 100
                                                        500 South Bronough Street
                                                        Tallahassee, Florida 32399-0250
                                                        Phone: (850) 245-6511
                                                        Fax: (850) 245-6127

                                                        *Counsel for Secretary of State*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of May 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

*/s/ Bradley R. McVay*
Bradley R. McVay