IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEAGUE OF WOMEN VOTERS
OF FLORIDA, et al.,

    *Plaintiffs*,

    v.                                      Case No. 4:23-cv-165-AW/MAF

CORD BYRD, in his official capacity as
Florida Secretary of State,

    *Defendant*.

_____/

## NOTICE OF APPEARANCE

Joseph S. Van de Bogart gives notice of his appearance on behalf of CORD BYRD, in his official capacity as Florida Secretary of State, in the above-styled action, and requests that all papers filed in this case be served upon the undersigned.

Dated: May 18, 2023                Respectfully submitted,

                                                  */s/ Joseph S. Van de Bogart*
                                                  JOSEPH S. VAN DE BOGART (FBN 84764)
                                                  *General Counsel*
                                                  joseph.vandebogart@dos.myflorida.com
                                                  stephanie.buse@dos.myflorida.com
                                                  FLORIDA DEPARTMENT OF STATE
                                                  R.A. Gray Building, Suite 100
                                                  500 South Bronough Street
                                                  Tallahassee, Florida 32399-0250
                                                  Phone: (850) 245-6519
                                                  Fax: (850) 245-6127

                                                  *Counsel for Secretary of State*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of May 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

*/s/ Joseph S. Van de Bogart*
Joseph S. Van de Bogart