## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

LEAGUE OF WOMEN VOTERS
OF FLORIDA, et al.,

    *Plaintiffs*,

    v.                                Case No. 4:23-cv-165-AW/MAF

CORD BYRD, in his official capacity as
Florida Secretary of State,

    *Defendant*.
_____/

## **NOTICE OF APPEARANCE**

Ashley E. Davis gives notice of her appearance on behalf of CORD BYRD, in his official capacity as Florida Secretary of State, in the above-styled action, and requests that all papers filed in this case be served upon the undersigned.

Dated: May 18, 2023                      Respectfully submitted,

                                             */s/ Ashley E. Davis*
                                             ASHLEY E. DAVIS (FBN 48032)
                                             *Chief Deputy General Counsel*
                                             ashley.davis@dos.myflorida.com
                                             stephanie.buse@dos.myflorida.com
                                             FLORIDA DEPARTMENT OF STATE
                                             R.A. Gray Building, Suite 100
                                             500 South Bronough Street
                                             Tallahassee, Florida 32399-0250
                                             Phone: (850) 245-6536
                                             Fax: (850) 245-6127

                                             *Counsel for Secretary of State*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of May 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ *Ashley E. Davis*
Ashley E. Davis