## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

League of Women Voters of Florida, Inc.
and League of Women Voters of Florida
Education Fund, Inc.; and Florida State
Conference of Branches and Youth Units
of the NAACP,

Plaintiffs,

v.

Cord Byrd, in his official capacity as
Florida Secretary of State,

Defendant.

Case No. 4:23-cv-165

---

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1(C), Plaintiffs League of Women Voters of Florida, Inc., League of Women Voters of Florida Education Fund, Inc., and Florida State Conference of Branches and Youth Units of the NAACP, through the undersigned counsel, respectfully move for the admission *pro hac vice* of Sean Morales-Doyle, a licensed member of the New York Bar. Mr. Morales-Doyle has undertaken the representation of Plaintiffs in this matter as co-counsel. In support of this motion, Plaintiffs state as follows:

1

1.      Mr. Morales-Doyle resides in New York, is not a resident of the State of Florida, and is not admitted to practice in the Northern District of Florida.

2.      Mr. Morales-Doyle is licensed to practice law in New York and is a member in good standing of the New York Bar, as verified by the Attorney Admissions Clerk. A Certificate of Good Standing from the New York Bar is attached as Exhibit A.

3.      Mr. Morales-Doyle is not, nor has he ever been, the subject of disciplinary or criminal proceedings.

4.      Mr. Morales-Doyle is the Director of the Voting Rights Program at the Brennan Center for Justice at NYU School of Law, located at 120 Broadway, Suite 1750, New York, New York 10271.

5.      Mr. Morales-Doyle completed the online Attorney Admission Tutorial and exam and the online CM/ECF Tutorial. His Attorney Admission Tutorial confirmation number is FLND15582883262221.

6.      Mr. Morales-Doyle studied and is familiar with the Local Rules of this District.

7.      Mr. Morales-Doyle has an active, upgraded PACER account. He requests authorization to receive electronic notices of filing. His email address is morales-doyles@brennan.law.nyu.edu.

8.    Mr. Morales-Doyle is paying the required $208.00 *pro hac vice* fee for this case at the time of filing.

WHEREFORE, Plaintiffs respectfully request that the Court permit Sean Morales-Doyle to appear *pro hac vice*.

Date: May 31, 2023

/s/ *Sean Morales-Doyle*

Sean Morales-Doyle (NY Bar No. 5646641)
Brennan Center for Justice
at NYU School of Law
120 Broadway, Suite 1750
New York, NY 10271
morales-doyles@brennan.law.nyu.edu
Phone: (646) 292-8363
Fax: (212) 463-7308

*Counsel for Plaintiffs League of Women Voters of Florida, Inc., League of Women Voters of Florida Education Fund, Inc., and Florida State Conference of Branches and Youth Units of the NAACP*