IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, INC.; LEAGUE OF WOMEN VOTERS OF FLORIDA EDUCATION FUND, INC.; and FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP,<br><br>　　*Plaintiffs*,<br><br>v.<br><br>CORD BYRD, in her official capacity as Florida Secretary of State,<br><br>　　*Defendant*. | Case No. 4:23-cv-00165-AW-MAF |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1(C), Plaintiffs Florida State Conference of Branches and Youth Units of the NAACP (Florida NAACP) and the League of Women Voters of Florida, through the undersigned counsel, respectfully move for the admission *pro hac vice* of Sophia Lin Lakin, a licensed member of the New York Bar. Ms. Lakin has undertaken the representation of Plaintiffs in this matter as co-counsel. In support of this motion, Plaintiffs state as follows:

　　1.　　Sophia Lin Lakin resides in New York, is not a resident of the State of Florida, and is not admitted to practice in the Northern District of Florida.

1

2. Ms. Lakin is licensed to practice law in New York and is a member in good standing of the New York Bar, as verified by the Attorney Admissions Clerk.

3. Ms. Lakin is not, nor has she ever been, the subject of disciplinary or criminal proceedings.

4. Ms. Lakin is counsel at the American Civil Liberties Foundation, Inc. located at 125 Broad Street, 18th Floor, New York, New York 10004.

5. Ms. Lakin completed the online Attorney Admission Tutorial and exam and the online CM/ECF Tutorial. Her confirmation number is FLND1685462942582.

6. Ms. Lakin studied and is familiar with the Local Rules of this District.

7. Ms. Lakin has an active, upgraded PACER account. She requests authorization to receive electronic notices of filing. Her email address is slakin@aclu.org.

8. Ms. Lakin is paying the required $208.00 *pro hac vice* fee for this case at the time of filing.

WHEREFORE, Plaintiffs respectfully request that the Court permit Sophia Lin Lakin to appear *pro hac vice*.

Date: June 1, 2023

/s/ *Sophia Lin Lakin*
Sophia Lin Lakin (NY Bar No. 5182076)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, INC.
125 Broad St., 18th Floor
New York, NY 10006
Phone: 646-885-8374
slakin@aclu.org

*Counsel for Plaintiffs Florida State Conference of Branches and Youth Units of the NAACP (Florida NAACP), League of Women Voters of Florida Education Fund, Inc., and the League of Women Voters of Florida, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ *Sophia Lin Lakin*
Sophia Lin Lakin (NY Bar No. 5182076)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, INC.
125 Broad St., 18th Floor
New York, NY 10006
Phone: 646-885-8374
slakin@aclu.org

*Counsel for Plaintiffs Florida State Conference of Branches and Youth Units of the NAACP (Florida NAACP), League of Women Voters of Florida Education Fund, Inc., and the League of Women Voters of*
*Florida, Inc.*