**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**LEAGUE OF WOMEN VOTERS OF
FLORIDA, INC., LEAGUE OF
WOMEN VOTERS OF FLORIDA
EDUCATION FUND, INC., and
FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE N.A.A.C.P.,**

     **Plaintiffs,**

**vs.**                               **Case No. 4:23cv165-AW-MAF**

**CORD BYRD, in his official capacity
as Florida Secretary of State,**

     **Defendant.**
_____/

# O R D E R

Four motions have been filed in this case seeking leave to proceed

*pro hac vice.*  The first motion was filed by attorney Jonathan Shaun

Topaz, requesting leave to appear on behalf of the Plaintiffs.  ECF No. 25.

Counsel has demonstrated that he does not reside or regularly practice law

in the State of Florida and is a member in good standing of the Bar of the

State of New York.  *Id.*  Mr. Topaz has completed this Court's local rules

tutorial, and the docket confirms that the $208 *pro hac vice* admission fee

has been paid.  *Id.*  The motion, ECF No. 25, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

The second motion was filed by attorney Casey Smith, ECF No. 26, also seeking leave to appear *pro hac vice* as counsel for Plaintiffs.  The motion demonstrates that counsel does not reside or regularly practice law in the State of Florida and is a member in good standing of the Bar of the State of New York.  *Id.*  Ms. Smith has completed this Court's local rules tutorial, and the docket confirms that the $208 *pro hac vice* admission fee has been paid.  *Id.*  The motion, ECF No. 26, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

The third motion was filed by attorney Sean Morales-Doyle, requesting leave to appear on behalf of the Plaintiffs.  ECF No. 27.  The motion demonstrates that counsel does not reside or regularly practice law in the State of Florida and is a member in good standing of the Bar of the State of New York.  *Id.*  Mr. Morales-Doyle has completed this Court's local rules tutorial, and the docket confirms that the $208 *pro hac vice* admission fee has been paid.  *Id.*  The motion, ECF No. 27, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Case No. 4:23cv165-AW-MAF

The fourth motion was filed by attorney Sophia Lin Lakin, also requesting leave to appear on behalf of the Plaintiffs.  ECF No. 28.  The motion demonstrates that Ms. Lakin does not reside or regularly practice law in the State of Florida and is a member in good standing of the Bar of the State of New York.  *Id.*  Counsel has completed this Court's local rules tutorial, and the docket confirms that the $208 *pro hac vice* admission fee has been paid.  *Id.*  The motion, ECF No. 28, is in compliance with N.D. Fla. Loc. R. 11.1(C) and is **GRANTED**.

Accordingly, it is **ORDERED** that the motions for leave to appear *pro hac vice* as co-counsel for Plaintiffs, ECF Nos. 25-28, are **GRANTED**.

**DONE AND ORDERED** on June 2, 2023.

**S/   Martin A. Fitzpatrick**
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**