UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEAGUE OF WOMEN VOTERS
OF FLORIDA, INC.; LEAGUE OF
WOMEN VOTERS OF FLORIDA
EDUCATION FUND, INC.; and
FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH
UNITS OF THE NAACP,

   *Plaintiffs,*

*v.*                                                  Case No. 4:23-cv-165-AW-MAF

CORD BYRD, in his official
capacity as Secretary of State for the
State of Florida,

   *Defendant.*

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Nicholas J.P. Meros hereby appears as counsel for Secretary Cord Byrd, in his official capacity as Secretary of State for the State of Florida, in the above-captioned case. Please serve copies of all filings, orders, and other correspondence at the addresses listed below:

    Primary E-mail address:       Nicholas.meros@eog.myflorida.com

    Secondary E-mail address:   Gov.legal@eog.myflorida.com

Dated: June 8, 2023,	Respectfully submitted,

**CORD BYRD**
*Secretary of State*

/s/ Nicholas J.P. Meros
NICHOLAS J.P. MEROS (Fla. Bar #120270)
*Deputy General Counsel*

**EXECUTIVE OFFICE OF THE GOVERNOR**
The Capitol, PL-5
400 S. Monroe Street
Tallahassee, FL 32399
Phone: (850) 717-9310
Facsimile: (850) 488-9810
Nicholas.meros@eog.myflorida.com

*Counsel for Secretary Cord Byrd*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system, which provides notice to all parties, on June 8, 2023.

/s/ Nicholas J.P. Meros