Start:  1:30 p.m.
Stop:   2:28 p.m.

*UNITED STATES DISTRICT COURT*
*CIVIL MINUTES - GENERAL*

Case No:    4:23-cv-165-AW                                   Date: 6-20-2023
Title:      League of Women Voters of Florida inc et al v Byrd

---

DOCKET ENTRY:

    Motion Hearing -
    ECF No. 24 - Motion to Dismiss

---

PRESENT:    Honorable ALLEN WINSOR, District Judge

| TiAnn Stark/Cindy Markley | Lisa Snyder (USDC-Tallahassee) |
|---|---|
| Deputy Clerk | Court Reporter |

| Sean Morales-Doyle, Nicolas Warren, Eliza Sweren-Becker, Collen Powers | Bradley McVay, Joseph Van de Bogart, Mohammad Jazil |
|---|---|
| Attorney for Plaintiff | Attorney for Defendant |

---

PROCEEDINGS:

**1:30 p.m.**   **Court called to order**

1:31 p.m.   Arguments presented by Defendant

1:48 p.m.   Response by Plaintiffs

2:16 p.m.   Rebuttal by Defendant

2:24 p.m.   Response by Plaintiffs

2:28 p.m.   Written order to follow

**2:28 p.m.**   **Court adjourned**