IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEAGUE OF WOMEN VOTERS OF**
**FLORIDA, INC., et al.,**

    **Plaintiffs,**

v.                                              Case No. 4:23-cv-165-AW-MAF

**CORD BYRD, in his official capacity as**
**Florida Secretary of State,**

    **Defendant.**

_____/

## **ORDER DIRECTING ENTRY OF JUDGMENT**

The court earlier granted Defendant's motion to dismiss for failure to state a claim. ECF No. 36. The court established a deadline for any motion to amend the complaint, *id.*, and that deadline has now passed. Therefore, consistent with the court's earlier order, judgment will now issue.

The clerk will enter a judgment that says, "This case was resolved on a motion to dismiss. Plaintiffs' claims are dismissed on the merits for failure to state a claim." The clerk will then close the file.

SO ORDERED on July 27, 2023.

                                                          s/ *Allen Winsor*
                                                          United States District Judge