# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**LEAGUE OF WOMEN VOTERS OF**
**FLORIDA, INC., et al.,**

    **Plaintiffs,**

v.                                               Case No. 4:23-cv-165-AW-MAF

**CORD BYRD, in his official capacity as**
**Florida Secretary of State,**

    **Defendant.**

_____/

## **JUDGMENT**

    This case was resolved on a motion to dismiss. Plaintiffs' claims are dismissed on the merits for failure to state a claim.

                                                            JESSICA J. LYUBLANOVITS
                                                             CLERK OF COURT

<u>July 27, 2023</u>                                            s/ KELLI MALU
Date                                                          Deputy Clerk: Kelli Malu